NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**APPLE INC.,**
*Appellant*

**v.**

**CALIFORNIA INSTITUTE OF TECHNOLOGY,**
*Appellee*

_____

2018-2332, 2018-2410, 2018-2411, 2018-2412

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00297, IPR2017-00423, IPR2017-00700, IPR2017-00701, IPR2017-00728.

_____

## JUDGMENT

_____

JAMES MURPHY DOWD, Wilmer Cutler Pickering Hale and Dorr LLP, Los Angeles, CA, argued for appellant.  Also represented by MARK D. SELWYN, Palo Alto, CA; RUSSELL SPIVAK, New York City, NY; MICHAEL H. SMITH, Washington, DC; MARK CHRISTOPHER FLEMING, LAUREN B. FLETCHER, Boston, MA.

MICHAEL T. ROSATO, Wilson, Sonsini, Goodrich & Rosati, PC, Seattle, WA, argued for appellee.  Also

represented by MATTHEW A. ARGENTI, Palo Alto, CA; RICHARD TORCZON, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court